**Order filed February 27, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00091-CR
_____

## EX PARTE OSCAR MINJARE SANCHEZ, JR.

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1412036-A**

## ORDER

This is an appeal from the denial of an application for writ of habeas corpus on January 11, 2018. A related case was previously filed in the Court of Appeals for the First District of Texas under case number 01-16-00293-CR.

It is ORDERED that the appeal docketed under this court's appellate case number 14-18-00091-CR is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5. 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk of this Court is directed to transfer all papers filed in the case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM